UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT J. LAWRENCE,<br><br>        Plaintiff,<br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | CASE NO.  C06-1083 RSL-MAT<br><br>ORDER |

The Court, having reviewed the entire record, including the administrative record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, finds and orders as follows.  It is therefore ORDERED:

(1)   The Court adopts the Report and Recommendation;

(2)   The Court REMANDS the decision of the Commissioner of Social Security.

DATED this 26th day of June, 2007.

_____
Robert S. Lasnik
United States District Judge

ORDER